RECEIVED
JAN - 3 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| SANDRA GOBERT,<br>Appellant | CIVIL ACTION<br>NO. 2:12-CV-02103 |
| VERSUS | |
| MICHAEL ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br>Appellee | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Gobert's appeal is GRANTED, the final decision of the Commissioner is VACATED, and Gobert's case is REMANDED to the Commissioner of Social Security for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 3rd day of January 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE